FILED 6 AUG'13 16:04USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:13-cr-372 HA |
| v. | INDICTMENT |
| ELIOBARDO RAMIREZ-ESCOBAR and DOMINGO RUIZ-ESPARZA, | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846 |
| Defendants. | |

THE GRAND JURY CHARGES:

COUNT 1

In or about April 2013, the exact date unknown to the grand jury, continuing to on or about July 22, 2013, in Marion County, Oregon, in the District of Oregon, **ELIOBARDO RAMIREZ-ESCOBAR** and **DOMINGO RUIZ-ESPARZA**, defendants herein, did unlawfully, knowingly and willfully combine, conspire, confederate and agree with each other and with persons known and unknown to the grand jury, to distribute and possess with the intent to distribute more than 500 grams of a mixture and substance containing methamphetamine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and 846.

## COUNT 2

On or about July 22, 2013, in Marion County, Oregon, in the District of Oregon, **ELIOBARDO RAMIREZ-ESCOBAR** and **DOMINGO RUIZ-ESPARZA**, defendants herein, did knowingly and intentionally possess with the intent to distribute more than 500 grams of a mixture and substance containing methamphetamine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii).

## FORFEITURE ALLEGATION

Upon conviction of the controlled substance offenses alleged in Count 1 and Count 2 of this indictment, **ELIOBARDO RAMIREZ-ESCOBAR** and **DOMINGO RUIZ-ESPARZA**, defendants herein, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituted or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 and 2 of this indictment.

Dated this 6th day of August 2013.

A TRUE BILL.


OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon

PAMALA R. HOLSINGER, OSB #89263
Assistant United States Attorney
(503) 727-1000